UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KIMBERLY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-819-PPS-MGG |
| | ) | |
| MIKE ANDERSON AUTO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT & RECOMMENDATION**

On February 12, 2019, this Court issued an order [DE 19] taking under advisement the Motion to Withdraw filed by Plaintiff's counsel, Paul J. Cummings [DE 18]. In its order, the Court ordered Plaintiff, Kimberly Clark, to "inform the Court in writing whether she intends to proceed without counsel, *pro se*, or whether she intends to hire new counsel" by March 12, 2019. [DE 19 at 1]. As of this date, Ms. Clark has filed nothing.

The Court also directed Attorney Cummings to mail a copy of the order to Ms. Clark and to provide the Court with her next known address. [DE 19 at 1]. On March 21, 2019, Attorney Cummings filed a notice [DE 21] reporting that the order was mailed but was then returned to him as undeliverable. Attorney Cummings also indicated that Ms. Clark had not responded to electronic mail including the Court's order. As such, Attorney Cummings concluded that he had "exhausted all means at his disposal and is unable to reach Ms. Clark." [DE 21 at 1].

Without an ability to communicate with Ms. Clark, good cause exists to justify Attorney Cummings' withdrawal. Therefore, the Court **GRANTS** the motion to withdraw. [DE 18]. Attorney Paul J. Cummings' appearance is **TERMINATED**.

Notably, Attorney Cummings reported in his motion to withdraw that he had not been able to contact Ms. Clark since about August 2018. [DE 18 at 1, ¶ 4]. Moreover, Ms. Clark has not been in contact with the Court directly. Therefore, the Court can only assume that she has abandoned the prosecution of this lawsuit. Therefore, the undersigned **RECOMMENDS** that Ms. Clark's instant lawsuit be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations.** Fed. R. Civ. P. 72(b). **FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

The Clerk is **DIRECTED** to mail this order to Kimberly Clark's last known address: 10340 W. U.S. Hwy. 24, Logansport, IN 46947.[1]

**SO ORDERED** this 26th day of March 2019.

                                              s/Michael G. Gotsch, Sr.
                                              Michael G. Gotsch, Sr.
                                              United States Magistrate Judge

---

[1] The Court acknowledges that Attorney Cummings reported that Plaintiff notified him that she was moving out of Indiana in August of 2018, but she left no forwarding address. [DE 18 at 1, ¶ 3]. Therefore, the Court can only attempt to contact Plaintiff at this last known address provided by counsel. [*See* DE 21 at 1].

2