UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:18CV819-PPS/MGG |
| ) | |
| MIKE ANDERSON CHRYSLER DODGE ) | |
| SUPER CENTER OF LOGANSPORT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case by Kimberly Clark was filed in October 2018, alleging that her former employer had unlawfully discriminated against her on the basis of her sex, retaliated against her for reporting sexual harassment, and defamed her by false statements implying sexual misconduct on her part. [DE 1.] Clark's attorney was allowed to withdraw in March, 2019 after he advised the Court that he had been unable to communicate with Clark since August 2018. [DE 18, 22.] Magistrate Judge Gotsch has issued a Report & Recommendation in which he recommends that the lawsuit be dismissed for failure to prosecute because it appears that Clark has abandoned the prosecution of her case. [DE 22.]

The Report & Recommendation was issued on March 26, 2019, and gave Clark 14 days after being served with a copy to file any objections to the dismissal of her case. The Report & Recommendation was mailed to Clark's last known address, but was returned as undeliverable. [DE 23.] The Postal Service's "Return to Sender" stamp indicated what appeared to be a forwarding address for Clark. I directed the Clerk to mail a copy of the Report & Recommendation to the forwarding address, and granted Clark to May 1 to file any objections. That mailing was also returned as undeliverable, this time showing no forwarding address. No objections to the recommended dismissal of the case have been filed.

ACCORDINGLY:

In the absence of any objections, and pursuant to 28 U.S.C. §636(b), Magistrate Judge Gotsch's Report and Recommendation [DE 22] is ACCEPTED AND ADOPTED, and this case is DISMISSED pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute. The matter is thereby CLOSED.

ENTERED: May 3, 2019.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**